IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TYREESE L. JENKINS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-2779
LT Case No. 2017-CF-436

_____/

Decision filed May 23, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Rachael E. Reese, of O'Brien
Hatfield Reese, P.A., Tampa,  for
Appellant.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.